UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Christian Alberto Mendez Menjivar, | Civ. No. 24-1131 (JWB/DTS) |
| Petitioner, | |
| v. | **BENCH WARRANT** |
| Deisy Rosibel Enamorado Castro and Fredis Donain Montoya Sanchez, | |
| Respondents. | |

The United States Marshal, Federal Officer, police officer, or any other law enforcement officer is hereby commanded to arrest Respondent Deisy Rosibel Enamorado Castro and seize her child, D.C.M.E., and bring them before this Court forthwith for the reason that Respondent Castro has violated the Court's Orders in the above-captioned case.

The United States Marshal, Federal Officer, police officer, or any other law enforcement officer is further commanded to detain Castro and keep the child in their custody, the Department of Homeland Security's custody, or in the custody of child protective services until otherwise ordered by the Court.

The Clerk of Court shall issue any process necessary to effectuate this Bench Warrant.

Date: June 21, 2024
at St. Paul, Minnesota

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge