UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re the Application for Return of:

D.C.M.E.                                                                 **24-cv-01131-JWB-DTS**

Christian Alberto Mendez Menjivar,

Petitioner,

and

Deisy Rosibel Enamorado Castro, and,
Fredis Donain Montoya Sanchez,

Respondents.

## STATUS REPORT

I, David L. Wilson, hereby submit this status report.

1. Counsels for Respondent have no contact with Respondent.

2. Counsels performed the requested inspection of Respondent's phone and reported any relevant information to Petitioner.

3. The phone search suggested that Respondent may own a 2023 Toyota Rav4. Her search history included a search for DMV information for the State of California. Counsels do not have any confirmation whether Respondent in fact owns a vehicle, to whom it is registered, or the license plate for the vehicle. Counsels have no information whether she applied for a Minnesota driver's license.

4. Respondent provided Petitioner with an inventory of any relevant information contained in the phone. Much of the information from the phone is absent because the phone number no longer has a SIM card. WhatsApp was not on the phone and installing it did not result in the phone recalling an account. Respondent's Facebook account was not accessible.

5. Respondent Sanchez's email address was also entered into phone. Information from his phone appeared on Respondent's phone, including pictures from the room in which he was detained during the last in-person hearing.

Dated: September 20, 2024                 /s/ David Wilson
                                                        David L. Wilson, Esq.
                                                        MN ID # 0280239
                                                        dwilson@wilsonlg.com
                                                        WILSON LAW GROUP
                                                        3019 Minnehaha Avenue
                                                        Minneapolis, MN 55406
                                                        *Attorney for Ms. Enamroado Castro*